# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RAFAEL J. SOTO-AGUILAR,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

CIVIL NO. 26-1086 (GLS)

## ORDER

Plaintiff Rafael J. Soto Aguilar filed a Complaint seeking review of a final decision of the Commissioner of Social Security ("Commissioner") which denied his application for disability insurance benefits. Docket No. 1.

On April 10, 2026, the Commissioner filed the transcript of the administrative record. Docket No. 8.  Plaintiff filed his Memorandum of Law on June 17, 2026. Docket No. 13. On July 2, 2026, the Commissioner requested that the Court remand the case to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Docket No. 15.

The Commissioner's motion is **GRANTED**. Judgment shall be entered remanding the case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 8th day of July 2026.

s/Giselle López-Soler
GISELLE LÓPEZ-SOLER
United States Magistrate Judge

1